# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN JAMES YATES, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00808-SMS PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT, AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Michael LeNoir Smith is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 7, 2009, but did not sign the complaint. Each document submitted for filing <u>must</u> include the original signature of the filing party or parties. Fed. R. Civ. P. 11(a); Local Rule 7-131.

For the foregoing reason, it is HEREBY ORDERED that:

1. Plaintiff's unsigned complaint is STRICKEN from the record;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order; and
4. The failure to file a signed complaint in compliance with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **May 12, 2009**                   /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE