1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL LENOIR SMITH,                          CASE NO. 1:09-cv-00808-OWW-SMS PC

10                        Plaintiff,              ORDER DIRECTING PLAINTIFF TO FILE A
                                                  FIRST AMENDED COMPLAINT WITHIN
11         v.                                     THIRTY DAYS

12  WARDEN JAMES YATES, et al.,

13                        Defendants.
                                              /
14  _____

15       Plaintiff Michael LeNoir Smith, a state prisoner proceeding pro se in this civil rights, filed

16  this action pursuant to 42 U.S.C. § 1983 on May 7, 2009.[1]  Pursuant to 28 U.S.C. § 1915A(a), the

17  Court screened Plaintiff's Complaint and granted Plaintiff leave to file an amended complaint,

18  limited to curing the deficiencies in his equal protection and retaliation claims against Defendant

19  Lubken as alleged in court one – all other claims and defendants were dismissed, and the matter was

20  referred back to the undersigned for further proceedings.  (Docs. 13, 17.)

21       A first amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114

22  F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be

23  "complete in itself without reference to the prior or superceded pleading," Local Rule 15-220.

24  Plaintiff may not change the nature of this suit by adding new, unrelated claims in his first amended

25  complaint, George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints), and

26  indeed is only granted leave to file a first amended complaint to curing the deficiencies in his equal

27  _____

28       [1] Plaintiff's complaint filed on May 7, 2009, was not signed and was stricken from the record.  Plaintiff filed
a signed complaint on June 3, 2009.

1

1   protection and retaliation claims against Defendant Lubken as alleged in court one of his original

2   complaint.

3        Based on the foregoing, it is HEREBY ORDERED that:

4        1.      The Clerk's Office shall send Plaintiff a civil rights complaint form;

5        2.      Within **thirty (30) days** from the date of service of this order, Plaintiff must file a

6                first amended complaint curing the deficiencies identified by the court in this order;

7                and

8        3.      If Plaintiff fails to comply with this order, this action will be dismissed for failure to

9                state a cognizable claim.

10  IT IS SO ORDERED.

11  **Dated:     March 9, 2010**                          **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE